# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ISRAEL STALEY, | ) | |
| Plaintiff, | ) | 2:12-cv-01237-GMN-VCF |
| vs. | ) | |
| ANTHONY DAMEO, *et al.*, | ) | **ORDER** |
| Defendants. | ) | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an inmate. On July 13, 2012, the Clerk sent a notice of case number and assignment to plaintiff at his address of record. On July 24, 2012, the correspondence was returned to the Court as undeliverable – markings on the envelope indicate the following: "return to sender – no longer in custody." (ECF No. 2). Plaintiff has not notified the Court of a new address.

Rule LSR 2-2 of the Local Rules of Special Proceedings and Appeals provides:

> The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice.

In view of plaintiff's failure to keep the Court informed of his address as required by LSR 2-2, the Court will dismiss this action, as specified at the conclusion of this order.

1   Moreover, plaintiff's application to proceed *in forma pauperis* is incomplete. (ECF No. 1).
2  In addition to filing the proper affidavit of inability to pay filing fees, a prisoner seeking to proceed
3  *in forma pauperis* "shall submit a certified copy of the trust fund account statement (or institutional
4  equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint
5  . . . obtained from the appropriate official of each prison at which the prisoner is or was confined."
6  28 U.S.C. § 1915(a)(1), (2). Plaintiff in the instant action has failed to submit an *in forma pauperis*
7  application that provides the necessary financial information and includes a financial certificate
8  signed by an authorized prison or jail officer.

9   **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT**
10  **PREJUDICE** to the filing of a new complaint in a new action, with a proper *in forma pauperis*
11  application in compliance with 28 U.S.C. § 1915(a).

12   **IT FURTHER IS ORDERED** that the Clerk of the Court shall send plaintiff two copies of
13  an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two
14  copies of a blank 42 U.S.C. § 1983 prisoner civil rights form, one copy of instructions for the same,
15  and a copy of the complaint in the instant action (ECF No. 1-1).

16   **IT IS FURTHER ORDERED** that plaintiff may file a new complaint and *in forma pauperis*
17  application in a **new action**, but he may not file further documents in this action.

18   **IT IS FURTHER ORDERED** that, in any new action, plaintiff shall keep the Court
19  informed of his current address.

20   **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.
21   **DATED** this 30th day of July, 2012.

_____
Gloria M. Navarro
United States District Judge

2